No. 490. UNITED STATES *v.* DESROCHERS. November 22, 1939. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is struck

from the docket upon the ground that the petition is not presented by or on behalf of the United States, the party to the record. *Messrs. Horace M. Gray* and *Charles E. Wythe* for petitioner. *Mr. Edgar J. Treacy* for respondent.